opinion. Rich, Manning and Kelby, JJ., concur; Jaycox and Young, JJ., dissent and vote to reverse, on the ground that liability on the judgment heretofore entered against the plaintiff [See 187 App. Div. 887] constituted damage. (*Dix* v. *Jaquay,* 94 App. Div. 554, 560.)

PEDER SORENSON, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Order denying motion for separate trial of issues affirmed, with ten dollars costs and disbursements. The papers present no reason for interfering with the order made by the justice at Special Term in the exercise of his discretion. (Civ. Prac. Act, § 443.) The reasons for separate trial asserted by defendant are not the reasons stated by this court in *Warner* v. *Star Co.* (162 App. Div. 458); *Piuntkosky* v. *Harrington's Sons Co.* (167 id. 117); *Arbutina* v. *Pittsburg Contracting Co.* (168 id. 280), and *Linker* v. *Jamison* (173 id. 349). Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Respondent, v. THORKEL OLSEN, Appellant, Impleaded with CAROLINE OLSEN CARBERRY, Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

MORGAN STRIEP, Respondent, v. WILLIAM A. MARTIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to a renewal of the application after issue is joined, or in case there is a default. No opinion. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.

LEONORE TARBOX, Respondent, v. NATIONAL BISCUIT COMPANY and HARRY HATTON, Appellants.— Order affirmed, with ten dollars costs and disbursements. We think the language complained of was slanderous *per se,* and, therefore, no allegation of special damage was necessary. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.

TOWN OF GREENBURGH, Suing, etc., Respondent, v. JOHN H. COYNE, Individually and as Sole Surviving Executor, etc., of FRANCIS T. HOLDER, Deceased, and Another, Appellants, and Others, Defendants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

IGNATZ VARNAGAS, Respondent, v. WILLIAM A. JAMISON and Others, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

IGNATZ VARNAGAS, Respondent, v. WILLIAM A. JAMISON and Others, Copartners, etc., Appellants.— Order denying motion for a new trial upon the ground of newly-discovered evidence unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

CAMILLE WEIDENFELD, Appellant, v. ROBERT OPPENHEIM, Defendant, and JOHN C. TOMLINSON, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs, to the extent of allowing an examination upon the following subjects: (1) To prove the agreement or joint adventure; (2) whether any ships were sold, if so to whom, their names, the purchase price and the total sum received, and (3) whether or not defendant Tomlinson received $80,000 or any other sum of money or consideration as commission for the sale of the ships. No opinion. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.